1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  LUCIA THAYER, an individual,    )  Case No. 10cv959-IEG (BLM)
                                    )
12                 Plaintiff,       )  **ORDER SETTING SETTLEMENT**
                                    )  **DISPOSITION CONFERENCE**
13  v.                              )
                                    )
14  LEE ENTERPRISES, INC. (dba North)
    County Times), a Delaware       )
15  corporation, and DOES 1-10,     )
    inclusive,                      )
16                                  )
                   Defendants.      )
17                                  )
                                    )
18  _____)

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  An Early Neutral Evaluation Conference was held on May 24, 2010
2  at 1:30 p.m.  The case settled and the terms of the settlement were
3  placed on the record.

4  The parties are ordered to file their joint motion for
5  dismissal, signed by Plaintiff's and Defendants' counsel of record,
6  no later than **August 16, 2010**.  A proposed order on the joint motion
7  for dismissal must be e-mailed to the district judge's chambers[1] on
8  the same day.

9  If the fully executed joint motion for dismissal is not filed
10 by **August 16, 2010**, then all counsel of record for Plaintiff and
11 Defendants are required to appear in person for a Settlement
12 Disposition Conference.  The Settlement Disposition Conference will
13 be held on **August 24, 2010** at **9:00 a.m.** in **Courtroom A**.

14 If counsel of record for Plaintiff or Defendants fails to
15 appear at the Settlement Disposition Conference, or the parties fail
16 to file the signed joint motion for dismissal in a timely manner,
17 the Court will issue an Order to Show Cause why sanctions should not
18 be imposed for failing to comply with this Order.

19 **IT IS SO ORDERED.**

20

21 DATED: May 25, 2010

22

23                    BARBARA L. MAJOR
                     United States Magistrate Judge
24

25

---

26 [1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic
27 Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for
28 Electronic Case Filing").